**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **UNITED FINANCIAL CASUALTY COMPANY,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § § | **CIVIL ACTION No. 7:19-cv-00007-DC** |
| **SPIRIT OF THE LION LLC, RAPIDO MVD SERVICES, INC., LOUIS BARRAZA, YANEZ, GUTIERREZ TRUCKING LLC, MIGUEL HERRERA-RIVAS and RYAN MARTINEZ,** | § § § § § § | |
| **Defendants.** | § § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
**AND DECLARATORY JUDGMENT**

Before the Court is Plaintiff United Financial Casualty Insurance Company's Motion for Summary Judgment. The Court, having considered the Motion, responses and replies, and arguments of counsel, if any, is of the opinion that the Motion has merit and should be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiff has no duty to defend or indemnify any party to the underlying liability suit[1] because no coverage exists under Commercial Auto Policy 06626425-0 for the bodily injury claims asserted in the underlying lawsuit because the endorsement titled "Contingent Liability Endorsement – Limited Liability Coverage for Non-Trucking Use of An Automobile" applies.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all costs of court shall be borne by the party incurring the same.

---

[1]*Miguel Herrera-Rivas and Ryan Martinez v. Luis Angel Barraza-Yanez et al*, Cause No. 18-07-22531-CVR in the 143rd District Court of Reeves County, Texas.

**Page 1**

SIGNED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE