**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **UNITED FINANCIAL CASUALTY COMPANY,** | § § | |
| *Plaintiff*, | § § | |
| **v.** | § § | **MO:19-CV-7-DC** |
| | § | |
| **SPIRIT OF THE LION, LLC,** *et al.*, | § | |
| *Defendants*. | § | |

## ORDER DISMISSING CLAIMS FOR FAILURE TO SERVE

On this day, the Court considered the status of the above-captioned cause. An examination of the record demonstrates that summons were issued to Defendant Luis Barraza Yanez on April 24, 2019. (Doc. 5). However, no executed summons or other proof of service was filed with the Court. On July 20, 2020, the Court ordered Plaintiff to file proof of service within seven days and warned that, if Defendant Barraza Yanez had not been served, claims against him would be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). (Doc. 47). Plaintiff did not respond to the Court's Order. As more than 90 days have elapsed since the complaint in this matter was filed and the record indicates Defendant Barraza Yanez has not been served, the Court **ORDERS** that Plaintiff's claims against him are **DISMISSED** without prejudice.

It is so **ORDERED**.

SIGNED this 30th day of July, 2020.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE